# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AGUSTIN CORONA-PARTIDA,<br>  aka, "Alonzo Ramirez Coronado,"<br>  aka, "Juan Lopez,"<br><br>    Defendant. | Case No. 2:21-cr-00309-JAD-EJY<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Agustin Corona-Partida,* is unsealed.

**DATED** this 7th day of February, 2022.

By the Court:

_____
Honorable Jennifer A. Dorsey
United States District Judge